# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Elaine Jeter, M.D., | Civ. A. No. 3:17-cv-2945-JFA |
| Plaintiff-Relator, | |
| v. | |
| Myriad Genetics, Inc., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Pursuant to the declination notice filed by the United States on July 18, 2019, Plaintiff-Relator Elaine Jeter, M.D. hereby gives notice that the Plaintiff-Relator, Defendant Myriad Genetics, Inc., and non-party Myriad Genetic Laboratories, Inc. (together, "Myriad") have settled the above-captioned case, with terms substantially as follows:

- Plaintiff-Relator will dismiss the above-captioned case with prejudice as to Plaintiff-Relator and without prejudice as to the United States.

- Myriad expressly denies any and all allegations or claims of improper actions or omissions.

- Myriad will pay a total sum of $9,100,000.00.

- The settlement agreement contains a confidentiality provision as to Plaintiff-Relator.

- The settlement agreement contains other customary provisions in a settlement of actions similar to the above-captioned case.

- All terms of the settlement agreement, and in particular Myriad's obligation to pay any amounts thereunder, are contingent on the United States providing written consent to the settlement agreement in its entirety.

Plaintiff-Relator will notify the Court regarding the United States' written consent to this settlement and will file for dismissal at the appropriate time.

Myriad and the United States consent to the filing of this Notice.

Respectfully Submitted,

Dated: July 19, 2019

/s/ T. Christopher Tuck
T. Christopher Tuck, Fed. ID #9135
ctuck@rpwb.com
Robert S. Wood, Fed. ID #7965
bwood@rpwb.com
D. Charles Dukes, Fed. ID #11751
cdukes@rpwb.com
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Phone: 843.727.6500
Facsimile: 843.216.6509

ATTORNEYS FOR RELATOR