IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex rel. Elaine Jeter, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> Myriad Genetics, Inc., <br><br> Defendant. | C/A No: 3:17-cv-2945 <br><br> ORDER |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Elaine Jeter, M.D. ("Relator") filed a Notice of Voluntary Dismissal (ECF No. 29) of this action without prejudice to the United States, against Defendants Myriad Genetics, Inc. and Myriad Genetic Laboratories, Inc. ("Defendants"). Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America consents to the dismissal of this action and to dismissal of the United States without prejudice. (ECF No. 30).

IT IS HEREBY ORDERED that this action is dismissed without prejudice to the United States.

**IT IS SO ORDERED**.

October 28, 2019
Columbia, South Carolina

*Joseph F. Anderson, Jr.* (signature)

Joseph F. Anderson, Jr.
United States District Judge